**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALDO JESUS ACOSTA,<br><br>　　　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>RAYMOND MADDEN,<br><br>　　　　　　　　　　Respondent. | Case No. LACV 20-8617-DSF (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 1, 2021

　　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE